IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **WARREN CANNADA,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**OLD DOMINION BRUSH COMPANY, INC.** )<br>)<br>    Defendant. )<br>_____ ) | Case No. 3:20-cv-952 |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Plaintiff, Warren Cannada ("Plaintiff" or "Cannada"), by counsel pursuant to this Court's Scheduling Order, (ECF No. 8-1), hereby submits the attached proposed jury instructions and verdict form. Plaintiff reserves the right to amend, withdraw and/or propose such other instructions as may become appropriate during the course of the trial. Additionally, in accordance with the Court's Order, counsel will work with defense counsel to submit an agreed upon set.

Respectfully submitted,

**WARREN CANNADA**
*Plaintiff,*

By: _____/s/_____
James B. Thorsen, Esq.
VSB No. 18113
Jesse A. Roche, Esq.
VSB No. 82579
Attorneys for Warren Cannada
THORSENALLEN LLP
5413 Patterson Avenue, Suite 201
P. O. Box 17094
Richmond, Virginia 23226
Telephone: (804) 447-7234
Facsimile: (804) 447-7813
E-mail: jroche@thorsenallen.com
E-mail: jthorsen@thorsenallen.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of February, 2022, a copy of the foregoing was filed electronically with the clerk of court using CM/ECF system, which will send notification of such filing (NEF) to the following:

Melissa Y. York, Esquire
VSB No. 77493
Blaire H. O'Brien
VSB No. 83961
Counsel for Old Dominion Brush Company, Inc.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
myork@hccw.com
bobrien@hccw.com

                 /s/
            James B. Thorsen, Esquire
            VSB No. 18113
            Jesse A. Roche, Esquire
            VSB No. 82579
            Attorneys for Warren Cannada
            THORSENALLEN LLP
            5413 Patterson Avenue, Suite 201
            P. O. Box 17094
            Richmond, Virginia 23226
            Telephone: (804) 447-7234
            Facsimile: (804) 447-7813
            E-mail: jroche@thorsenallen.com
            E-mail: jthorsen@thorsenallen.com