**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| WARREN CANNADA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No. 3:20-cv-952 |
| | ) |
| OLD DOMINION BRUSH COMPANY, INC. | ) |
| | ) |
|    Defendant. | ) |
| _____ | ) |

## JOINT WRITTEN STIPULATIONS OF UNDISPUTED FACTS

The parties, by counsel, pursuant to Pretrial Schedule A, V 6 of the Court's Scheduling Order (ECF Doc. 8-7), hereby submit the following joint written stipulations of uncontroverted facts, to wit:

1. Old Dominion Brush Company, Inc., ("ODB") was founded in Richmond, VA in 1910.

2. In June of 2017, Alamo Group purchased ODB.

3. Alamo Group is a manufacturing organization comprised of companies with locations in the U.S., Canada, England, France, Australia and Brazil. It is headquartered in Seguin, Texas.

4. Warren Cannada, ("Cannada"), date of birth January 10, 1959, began working at ODB on April 12, 1988, operating a punch press. In 1990, Cannada became a lead man in his department. Following the acquisition by Alamo in 2017, Cannada was assigned the title of Weld and Fabrication Supervisor. He held that title at the time he was terminated from ODB on November 4, 2019.

5. Cannada was age 60 at the time he was terminated.

6. On February 14, 2020, Cannada began working for Specialty's Our Name, Inc. in Ashland, Virginia.

Respectfully submitted,

**WARREN CANNADA**
*Plaintiff,*

By: _____/s/_____
James B. Thorsen, Esq.
VSB No. 18113
Jesse A. Roche, Esq.
VSB No. 82579
Attorneys for Warren Cannada
THORSENALLEN LLP
5413 Patterson Avenue, Suite 201
P. O. Box 17094
Richmond, Virginia 23226
Telephone: (804) 447-7234
Facsimile: (804) 447-7813
E-mail: jroche@thorsenallen.com
E-mail: jthorsen@thorsenallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2022, I electronically filed the foregoing ***Joint Written Stipulations of Undisputed Facts*** with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to the following:

Melissa Y. York, Esquire
VSB No. 77493
Blaire O'Brien, Esquire
VSB No.: 83961
Counsel for Old Dominion Brush Company, Inc.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
Email: myork@hccw.com
       bobrien@hccw.com

                                              /s/
                            James B. Thorsen, Esquire
                            VSB No. 18113
                            Jesse A. Roche, Esquire
                            VSB No. 82579
                            Attorneys for Warren Cannada
                            THORSENALLEN LLP
                            5413 Patterson Avenue, Suite 201
                            P. O. Box 17094
                            Richmond, Virginia 23226
                            Telephone: (804) 447-7234
                            Facsimile: (804) 447-7813
                            E-mail: jroche@thorsenallen.com
                            E-mail: jthorsen@thorsenallen.com