IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WARREN CANNADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20cv952–HEH |
| ) | |
| OLD DOMINION BRUSH, ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**
**(Resolving Post-Trial Motions and Entering Judgment)**

THIS MATTER is before the Court on several post-trial motions. For the reasons set forth in the accompanying Memorandum Opinion, the Court GRANTS Plaintiff's Motion for Attorneys' Fees and Costs. (ECF No. 79.) Defendant is ORDERED to pay Plaintiff's attorneys $178,412.25 in fees and $5,611.37 in costs. Second, the Court GRANTS IN PART and DENIES IN PART Plaintiff's Motion for Front Pay and Pre- and Post-Judgment Interest as outlined below. (ECF No. 81.) Third, the Court GRANTS Plaintiff's Motion for Entry of Judgment. (ECF No. 83.)

Judgment is HEREBY ENTERED in favor of Plaintiff to include: (1) $113,283.12 in back pay, plus pre-judgment interest based on the rate set forth in 28 U.S.C. § 1961; and (2) $44,677.83 in front pay. The total sum of Plaintiff's award is subject to post-judgment interest pursuant to 28 U.S.C. § 1961.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

This case is CLOSED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: April 25, 2022
Richmond, Virginia

2